Jerry V. Leaphart #JL4468
Jerry V. Leaphart & Assoc., P.C.
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265 – phone
(203) 825-6256 – fax
jsleaphart@cs.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD F. HAAS, Individually, and on behalf of others similarly situated, | : : : : |
| Plaintiff, | : : |
| vs. | : : |
| CARLOS M. GUTIERREZ, Secretary, U.S. Department of Commerce; | : ECF CASE : : 07 CIV 3623 (VM) |
| WILLIAM A. JEFFREY, Director, National Institute of Standards and Technology (NIST); | : : : |
| DR. SHYAM SUNDER, Lead Investigator of NIST, WTC Investigation; | : **CERTIFICATE OF MAILING** : : |
| DR. THERESA McALLISTER Research Structural Engineer, NIST; | : : : |
| CATHERINE FLETCHER, Chief, Management and Organizational Division, National Institute of Standards and Technology (NIST); | : : : : : |
| APPLIED RESEARCH ASSOCIATES, INC.; SCIENCE APPLICATIONS INTERNATIONAL CORP.; SILVERSTEIN PROPERTIES; and JOHN DOE I-V, Contractors, Employed by NIST, | : : : : : : |
| Defendants. | : |

Plaintiff, Edward F. Haas, by his attorney, Jerry V. Leaphart of Jerry V. Leaphart and Assoc., PC, hereby certifies that a copy of the following documents were mailed, certified mail, return receipt requested, on July 19, 2007 to all defendants listed on Schedule A.

1. First Amended Complaint;

2. Proposed Application for Order to Show Cause for Preliminary Injunction and Temporary Restraining Order;

3. Memorandum of Law in Support of plaintiff's Application for an Order to Show Cause for Preliminary Injunction and Temporary Restraining Order; and

4. Affidavit of plaintiff.

A copy of the certified mail receipts are attached hereto as Schedule B. At such time as the green return receipt postcards are received back from each addressee, a certificate of service will be filed.

                THE PLAINTIFF

                By /s/Jerry V. Leaphart
                Jerry V. Leaphart #JL4468
                Jerry V. Leaphart & ASSOC.,PC
                8 West Street, Suite 203
                Danbury, CT 06810
                (203) 825-6265
                (203) 825-6256 – fax
                jsleaphart@cs.com

Dated: Danbury, CT
       July 23, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, Certificate of Mailing. Was mailed, postage prepaid, this 23rd day of July to the following:

CARLOS M. GUTIERREZ, Secretary,
U.S. Department of Commerce

WILLIAM A. JEFFREY, Director
National Institute of Standards and Technology (NIST)

DR. SHYAM SUNDER, Deputy Director
Building and Fire Research Laboratory
National Institute of Standards and Technology (NIST)

DR. THERESA McALLISTER, Research Structural Engineer
National Institute of Standards and Technology (NIST)

CATHERINE FLETCHER, Chief
Management and Organization Division
National Institute of Standards and Technology (NIST)

JOHN DOE I, Independent Contractor
c/o National Institute of Standards and Technology (NIST)

JOHN DOE II, Independent Contractor
c/o National Institute of Standards and Technology (NIST)

JOHN DOE III, Independent Contractor
c/o National Institute of Standards and Technology (NIST)

JOHN DOE IV, Independent Contractor
c/o National Institute of Standards and Technology (NIST)

JOHN DOE V, Independent Contractor
c/o National Institute of Standards and Technology (NIST)

APPLIED RESEARCH ASSOCIATES, INC. (ARA)

SCIENCE APPLICATIONS INTERNATIONAL CORPORATION

SILVERSTEIN PROPERTIES

                                                    /s/ Jerry V. Leaphart
                                                        Jerry V. Leaphart

# **SCHEDULE A**

## List of Defendants Served via Certified Mail

The defendants listed below were served in care of:

United States Attorney's office
c/o Benjamin Torrance, Esq.
86 Chambers Street
New York, NY 10007

1. CARLOS M. GUTIERREZ, Secretary,
   U.S. Department of Commerce

2. WILLIAM A. JEFFREY, Director
   National Institute of Standards and Technology (NIST)

3. DR. SHYAM SUNDER, Deputy Director
   Building and Fire Research Laboratory
   National Institute of Standards and Technology (NIST)

4. DR. THERESA McALLISTER, Research Structural Engineer
   National Institute of Standards and Technology (NIST)

5. CATHERINE FLETCHER, Chief
   Management and Organization Division
   National Institute of Standards and Technology (NIST)

6. JOHN DOE I, Independent Contractor
   c/o National Institute of Standards and Technology (NIST)

7. JOHN DOE II, Independent Contractor
   c/o National Institute of Standards and Technology (NIST)

8. JOHN DOE III, Independent Contractor
   c/o National Institute of Standards and Technology (NIST)
   Gaithersburg, MD 20899-1000

9. JOHN DOE IV, Independent Contractor
   c/o National Institute of Standards and Technology (NIST)

10. JOHN DOE V, Independent Contractor
    c/o National Institute of Standards and Technology (NIST)

The following defendants were served at the addresses listed:

APPLIED RESEARCH ASSOCIATES, INC. (ARA)
4200 San Mateo Boulevard/A-220
Albuquerque, NM 87110

SCIENCE APPLICATIONS INTERNATIONAL CORPORATION
10260 Campus Point Drive
San Diego, CA 92121

SILVERSTEIN PROPERTIES
250 Greenwich Street/38th Floor
New York, NY 10007

# **SCHEDULE B**

