# FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

LAW OFFICES
ONE LIBERTY PLAZA
NEW YORK, NEW YORK
10006-1404
(212) 412-9500
FAX (212) 964-9200

DINA R. JANSENSON

August 3, 2007

**VIA REGULAR MAIL**

Hon. Victor Marrero
U.S. District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Suite 600
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-7-07
```

Re: Edward F. Haas v. Gutierrez, et al.
    07 Civ. 3623 (VM)

Dear Judge Marrero:

        We represent Silverstein Properties, Inc. ("Silverstein"), which has been incorrectly named in the above action as "Silverstein Properties."

        As Your Honor will recall, in an Order dated July 17, 2007, this Court noted, inter alia, that "to date no service of process has been made on any defendant." The Court further:

> Ordered that plaintiffs are directed to advise the Court by July 25, 2007 of their contemplation with regard to further prosecution of this action, or to complete service of process on defendants by such date, or show cause why such service has not been made to date and cannot be completed by the date indicated. In the event no timely response to this Order is submitted the Court may dismiss the complaint pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

        On or about July 23, 2007, Silverstein received, via mail, a First Amended Complaint, dated May 9, 2007. Silverstein was never served with any summons (or with the original complaint) in this matter. Accordingly, there has been no proper service of process upon Silverstein in this action.

WRITER'S DIRECT DIAL
(212) 412-9567
djansenson@fzwz.com

Respectfully,

Dina R. Jansenson

cc: Jerry Vincent Leapheart, Esq.
    (VIA REGULAR MAIL)

SO ORDERED: Plaintiff is directed to respond by 8-10-07 to the matter raised above by defendant Silverstein Properties, Inc.

8-7-07
DATE    VICTOR MARRERO, U.S.D.J.