UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD F. HAAS, Individually, and on behalf of others similarly situated,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>CARLOS M. GUTIERREZ, Secretary, U.S. Department of Commerce;<br>WILLIAM A. JEFFREY, Director, National Institute of Standards and Technology (NIST);<br>D. SHYAM SUNDER, Lead Investigator of NIST, WTC Investigation;<br>DR. THERESA McALLISTER, Research Structural Engineer, NIST;<br>CATHERINE FLETCHER, Chief, Management and Organizational Division, National Institute of Standards and Technology (NIST);<br>APPLIED RESEARCH ASSOCIATES, INC.; SCIENCE APPLICATIONS INTERNATIONAL CORP.; SILVERSTEIN PROPERTIES; and JOHN DOE I-V, Contractors, Employed by NIST,<br>　　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 8-13-07<br><br>Case No. 07CV3623 (VM)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN MOTION** |

　　Upon the motion of Adam S. Ennis attorney for Applied Research Associates,

Inc. and said sponsor attorney's affidavit in support;

　　IT IS HEREBY ORDERED that

　　　　Wm. David Byassee
　　　　Jackson Kelly PLLC
　　　　1099 18th Street, Suite 2150
　　　　Denver, Colorado 80202
　　　　303.390.0003 Telephone
　　　　303.390.0177 Fax

{D0458447.1}

is admitted to practice pro hac vice as counsel for Applied Research Associates, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 13 August 2007
City, State: New York, NY

_____
Victor Marrero
United States District/~~Magistrate~~ Judge