UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD F. HAAS, Individually, and on behalf of others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>CARLOS M. GUTIERREZ, Secretary, U.S. Department of Commerce; WILLIAM A. JEFFREY, Director, National Institute of Standards and Technology (NIST); D. SHYAM SUNDER, Lead Investigator of NIST, WTC Investigation; DR. THERESA McALLISTER, Research Structural Engineer, NIST; CATHERINE FLETCHER, Chief, Management and Organizational Division, National Institute of Standards and Technology (NIST); APPLIED RESEARCH ASSOCIATES, INC.; SCIENCE APPLICATIONS INTERNATIONAL CORP.; SILVERSTEIN PROPERTIES; and JOHN DOE I-V, Contractors, Employed by NIST,<br><br>      Defendants. | Case No. 07CV3623 (VM)<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE |

  Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Edward F. Haas, by and through his attorney Jerry V. Leaphart, and Defendant Applied Research Associates, Inc. ("ARA"), by and through its attorneys Jackson Kelly PLLC, hereby stipulate to the dismissal of all claims against ARA in the above captioned action without prejudice, with each side to pay their own costs and attorney fees. A proposed Order dismissing this action is filed herewith for the Court's convenience.

Dated: September 19, 2007
City, State: Pittsburgh, PA

                                            Respectfully submitted,

| | |
|---|---|
| /s/Jerry V. Leaphart | /s/ Wm. David Byassee |
| Jerry V. Leaphart & Assoc., P.C. | Wm. David Byassee |
| 8 West Street, Suite 203 | Jackson Kelly PLLC |
| Danbury, CT 06810 | 1099 18th Street, Ste 2150 |
| | Denver, CO 80202 |
| | 303.390.0188 Telephone |
| | 303.390.0177 Fax |

{D0463719.1}