UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD F. HAAS, Individually, and on behalf of others similarly situated, § § § §<br>Plaintiff, § §<br>vs. § §<br>CARLOS M. GUTIERREZ, Secretary, U.S. Department of Commerce; § § § §<br>WILLIAM A. JEFFREY, Director, National Institute of Standards and Technology (NIST); § § § §<br>D. SHYAM SUNDER, Lead Investigator of NIST, WTC Investigation; § § § §<br>DR. THERESA McALLISTER, Research Structural Engineer, NIST; § §<br>CATHERINE FLETCHER, Chief, Management and Organizational Division, National Institute of Standards and Technology (NIST); § § § § §<br>APPLIED RESEARCH ASSOCIATES, INC.; SCIENCE APPLICATIONS INTERNATIONAL CORP.; SILVERSTEIN PROPERTIES; and JOHN DOE I-V, Contractors, Employed by NIST, § § § § § § §<br>Defendants. § | Case No. 07CV3623 (VM)<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

    Upon the Joint Stipulation of attorney Jerry V. Leaphart for Edward F. Haas and attorney Wm. David Byassee for Applied Research Associates, Inc., and the Court being fully informed thereof,

    IT IS HEREBY ORDERED that:

    All claims against Defendants Applied Research Associates, Inc. are DISMISSED WITHOUT PREJUDICE according to the terms and conditions of said Stipulation for Dismissal Without Prejudice, all parties to bear their own costs and attorneys fees.

{D0463747.1}

Dated:

City, State:

 

_____
United States District/Magistrate Judge