MARRERO, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 3 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD F. HAAS, Individually,           §
and on behalf of others                 §
similarly situated,                     §
                    Plaintiff,          §
                                        §
vs.                                     §
                                        §
CARLOS M. GUTIERREZ,                    §
Secretary, U.S. Department of           §      GBD
Commerce;                               §   Case No. 07CV3623 (VM)
WILLIAM A. JEFFREY, Director,           §
National Institute of Standards         §
and Technology (NIST);                  §
D. SHYAM SUNDER, Lead                   §
Investigator of NIST, WTC               §   STIPULATION FOR DISMISSAL
Investigation;                          §      WITHOUT PREJUDICE
DR. THERESA McALLISTER,                 §
Research Structural Engineer, NIST;     §
CATHERINE FLETCHER, Chief,              §
Management and Organizational           §
Division, National Institute of Standards §
and Technology (NIST);                  §
APPLIED RESEARCH ASSOCIATES,            §
INC.; SCIENCE APPLICATIONS              §
INTERNATIONAL CORP.;                    §
SILVERSTEIN PROPERTIES; and             §
JOHN DOE I-V, Contractors,              §
Employed by NIST,                       §
                                        §
                    Defendants.         §

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Edward F. Haas, by and through his attorney Jerry V. Leaphart, and Defendant Applied Research Associates, Inc. ("ARA"), by and through its attorneys Jackson Kelly PLLC, hereby stipulate to the dismissal of all claims against ARA in the above captioned action without prejudice, with each side to pay their own costs and attorney fees. A proposed Order dismissing this action is filed herewith for the Court's convenience.

Dated: September 19, 2007
City, State: Pittsburgh, PA

{D0463719.1}

_____
Jerry V. Leaphart & Assoc., P.C.
8 West Street, Suite 203
Danbury, CT 06810

Respectfully submitted,

_____
Wm. David Byassee
Jackson Kelly PLLC
1099 18th Street, Ste 2150
Denver, CO 80202
303.390.0188 Telephone
303.390.0177 Fax

{D0403719.1}

SO ORDERED:

OCT 2 2 2007

_____
HON. GEORGE B. DANIELS