UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
EDWARD F. HAAS,

                Plaintiff,

        v.

CARLOS M. GUTIERREZ et al.,

                Defendants.
------------------------------------------------------------ x

07 Civ. 3623 (GBD)

**CERTIFICATE OF SERVICE**

      I, Benjamin H. Torrance, Assistant United States Attorney for the Southern District of New York, hereby certify that I caused a copy of the **Notice of Motion** dated October 26, 2007; **Memorandum of Law** dated October 26, 2007; and **Declaration of Melissa J. Lieberman** dated October 25, 2007, to be served, by electronic mail, on the following persons, who consented to electronic service in writing:

Silverstein Properties, Inc.
c/o Dina R. Jansenson, Esq.
Flemming Zulack Williamson Zauderer LLP
1 Liberty Plaza, 35th floor
New York, NY  10006
djansenson@fzwz.com
Date of service: October 26, 2007

Science Applications International Corp.
c/o Mark R. Troy, Esq.
McKenna Long & Aldridge LLP
444 S. Flower St. 8th Floor
Los Angeles, CA 90071
mtroy@mckennalong.com
Date of service: October 29, 2007


Dated:  New York, New York
        October 29, 2007

                                            /s/ Benjamin H. Torrance
                                            BENJAMIN H. TORRANCE
                                            Assistant United States Attorney