USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED OCT 3 1 2007

## JERRY V. LEAPHART & ASSOCIATES, P.C.

ATTORNEYS AND COUNSELORS AT LAW
8 West Street. Suite 203
Danbury, CT 06810

Tel: 203-825-6265                                                    Facsimile: 203-825-6256

<u>**VIA FACSIMILE (212) 805-6737**</u>                    **SO ORDERED**

October 29, 2007

*George B. Daniels*

The Honorable George B. Daniels
United States District Judge                    **HON. GEORGE B. DANIELS**
United States Courthouse
500 Pearl Street                                OCT 3 1 2007,
New York, NY 10007

RE:  Haas v. Gutierrez, et al
     Docket No. 07 CIV 3623 (GBD)

Dear Judge Daniels:

This office represents Edward F. Haas, the plaintiff in the
above cited matter.

Plaintiff hereby requests an extension of time within which to
respond to defendants' Motion to Dismiss to and including
December 18, 2007.  Defendants' counsel has advised that he has
no objection to this request.  Further, we have each also
agreed, in advance, that any request defendant might make for
additional time to reply to plaintiff's opposition due on
December 18, would be with mutual consent as well.

Respectfully,

Jerry V. Leaphart

CC:  Benjamin H. Torrance, Esq.