UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
EDWARD F. HAAS,

        Plaintiff,

    v.

CARLOS M. GUTIERREZ et al.,

        Defendants.
------------------------------------------------------------- x

07 Civ. 3623 (GBD)


## MEMORANDUM IN OPPOSITION TO
## PLAINTIFF'S MOTION TO AMEND THE COMPLAINT


                MICHAEL J. GARCIA
                United States Attorney for the
                Southern District of New York
                Attorney for Defendants

BENJAMIN H. TORRANCE
Assistant United States Attorney
86 Chambers Street
New York, New York  10007
Telephone: 212.637.2703
Fax: 212.637.2702
E-mail: benjamin.torrance@usdoj.gov

    – Of Counsel –

Defendants Carlos M. Gutierrez, Secretary of Commerce; James M. Turner, Acting Director of the National Institute of Standards and Technology ("NIST");[1] and NIST employees Shyam Sunder, Therese McAllister, and Catherine Fletcher (collectively, the "government") respectfully submit this memorandum of law in opposition to plaintiff's motion to amend the complaint.

## ARGUMENT

### The Motion Should Be Denied

Leave to amend a complaint should be denied when amendment is futile because the proposed amended complaint fails to state valid, cognizable claims. "Although leave to amend is usually freely granted, it may be denied within the trial court's discretion where the proposed amendment would be futile." *Marchi v. Bd. of Cooperative Educ. Servs.*, 173 F.3d 469, 477–78 (2d Cir. 1999); *accord Jones v. New York State Div. of Military & Naval Affairs*, 166 F.3d 45, 49 (2d Cir. 1999); *John Hancock Mut. Life Ins. Co. v. Amerford Int'l Corp.*, 22 F.3d 458, 462 (2d Cir.1994).

For the reasons set forth in the government's memorandums in support of its motion to dismiss this action, amendment of the complaint would be futile. The proposed second amended complaint fails to cure the defects in the first amended complaint, and fails to state valid (or, indeed, nonfrivolous) claims. Accordingly, plaintiff's motion to amend the complaint should be denied.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), NIST Acting Director James M. Turner is automatically substituted in this action for his predecessor William A. Jeffrey.

Dated:   New York, New York               Respectfully submitted,
         January 3, 2008

                                          MICHAEL J. GARCIA
                                          United States Attorney for the
                                          Southern District of New York
                                          Attorney for Defendants

                                  By:     /s/ Benjamin H. Torrance
                                          BENJAMIN H. TORRANCE
                                          Assistant United States Attorney
                                          Telephone: 212.637.2703
                                          Fax: 212.637.2702
                                          E-mail: benjamin.torrance@usdoj.gov

2