UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
EDWARD F. HAAS,

               Plaintiff,

                       07 Civ. 3623 (GBD)

       v.

                       **CERTIFICATE OF SERVICE**

CARLOS M. GUTIERREZ et al.,

               Defendants.
------------------------------------------------------------ x

      I, Benjamin H. Torrance, Assistant United States Attorney for the Southern District of New York, hereby certify that on January 3, 2008, I caused a copy of the **Reply Memorandum in Support of Government Defendants Motion to dismiss** dated January 3, 2008, and **Memorandum in Opposition to Plaintiff's Motion to Amend the Complaint** dated January 3, 2008, to be served, by electronic mail, on the following persons, who consented to electronic service in writing:

Silverstein Properties, Inc.
c/o Dina R. Jansenson, Esq.
Flemming Zulack Williamson Zauderer LLP
1 Liberty Plaza, 35th floor
New York, NY 10006
djansenson@fzwz.com

Science Applications International Corp.
c/o Mark R. Troy, Esq.
McKenna Long & Aldridge LLP
444 S. Flower St. 8th Floor
Los Angeles, CA 90071
mtroy@mckennalong.com


Dated: New York, New York
       January 3, 2008

                                                  /s/ Benjamin H. Torrance
                                                  BENJAMIN H. TORRANCE
                                                  Assistant United States Attorney