Dina R. Jansenson (DJ-6937)
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1401
(212) 412-9500
Attorneys for Defendant Silverstein Properties, Inc.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EDWARD F. HAAS, Individually, and on behalf of others similarly situated,

            Plaintiff,

            - vs. -

CARLOS GUTIERREZ, Secretary, U.S. Department of Commerce;
WILLIAM A. JEFFREY, Director, National Institute of Standards and Technology (NIST);
DR. SHYAM SUNDER, Lead Investigator of NIST, WTC Investigation;
DR. THERESA McALLISTER, Research Structural Engineer, NIST;
CATHERINE FLETCHER, Chief, Management and Organizational Division, National Institute of Standards and Technology (NIST);
APPLIED RESEARCH ASSOCIATES, INC.;
SCIENCE APPLICATIONS INTERNATIONAL CORP.;
SILVERSTEIN PROPERTIES; and
JOHN DOE I-V, Contractors, Employed by NIST,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Docket No. 07 CV 3623 (GBD)

**STIPULATION AND ORDER DISMISSING ACTION AGAINST SILVERSTEIN PROPERTIES, INC.**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that the above captioned-action is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure as to defendant Silverstein Properties, Inc.

Dated: New York, New York
January 23, 2008

| JERRY V. LEAPHART & ASSOCIATES, P.C. | FLEMMING ZULACK WILLIAMSON ZAUDERER LLP |
|---|---|
| By: *(signature)* | By: *(signature)* |
| Jerry V. Leaphart (JL-4468) | Dina R. Jansenson (DJ-6937) |
| 8 West Street, Suite 203 | One Liberty Plaza |
| Danbury, CT 06810 | New York, New York 10006-1404 |
| (203) 825-6252 | (212) 412-9500 |
| Attorneys for Plaintiffs | Attorneys for Defendant Silverstein Properties, Inc. |

SO ORDERED: JAN 29 2008

*(signature)*
Hon. George B. Daniels
United States District Judge
**HON. GEORGE B. DANIELS**

301144/28044